IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DEBORAH RINGO, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO: |
| v. | ) | 1:21-cv-00995-WMR |
| | ) | |
| MARDI GRAS MANAGEMENT, INC., | ) | JURY TRIAL DEMANDED |
| MICHAEL W. FULTON, AND RICK | ) | |
| PEFFER, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

This matter is before the court for consideration of the parties' joint motion for review and approval of their settlement agreement [Doc. No. 24]. The proposed agreement settles the plaintiffs' claims brought under the Fair Labor Standards Act ("FLSA"), and the parties seek approval of the agreement.

Judicial review and approval of FLSA settlements are necessary to give settlements final and binding effect. *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). A district court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *Id.*

Having reviewed the motion to approve, the brief in support thereof, the record, and the details of the settlement agreement, the court concludes that the terms of the settlement (1) are fair to the plaintiffs; (2) reflect a reasonable compromise over the issues that are actually in dispute in this case; (3)

demonstrate a good-faith intention by the parties that the plaintiffs' claims be fully and finally resolved. Furthermore, the settlement (1) was reached in an adversarial context as the result of arms-length negotiations between the parties; (2) arrived at a fair disposition of the claims; and (3) arrived at an amount the parties agree is a fair and reasonable settlement of the attorney's fees and costs of litigation. *See generally, Lynn's Food Stores, Inc.*, 679 F.2d 1350.

Accordingly, the motion [Doc. No. 24] is GRANTED, and the FLSA settlement is hereby APPROVED by the court as a final, fair, adequate, and reasonable resolution of this action. The settlement agreement, attached to the motion to approve as Exhibit A, is hereby incorporated into this order.

Additionally, the court finds that the amounts of attorney's fees and costs agreed to by the parties are approved. The defendants shall pay the agreed upon amounts to the plaintiffs and counsel for the plaintiffs, respectively, in accordance with the terms of the agreement.

The clerk is DIRECTED to **ADMINISTRATIVELY CLOSE** this civil action. Within 14 days of receipt of the full settlement payment, the parties shall file a stipulation of dismissal of all claims or a status report regarding the settlement on the docket of this case.

**SO ORDERED** this 15th day of February, 2022.

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE